IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| WELLS FARGO FINANCIAL LEASING, INC. | PLAINTIFF |
| V. | CAUSE NO. 3:14-cv-889-CWR-FKB |
| CARL W. BOYKIN, JR. AND MONICA BOYKIN | DEFENDANTS |

## SECOND AMENDED DEFAULT JUDGMENT

**THIS CAUSE**, having come before the Court on the Motion of Plaintiff Wells Fargo Financial Leasing, Inc., for Final Default Judgment to be entered against Defendants Carl W. Boykin, Jr. and Monica Boykin, and the Court, having considered said Motion, finds as follows:

1. This Motion is brought before this Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

2. Service on the Defendants was complete on December 6, 2014.

3. More than twenty-one days have elapsed since the Defendants were served with the Summons and copy of the Complaint in this matter, and they have failed to answer or otherwise defend as to Plaintiff's Complaint or to serve a copy of any answer or other defense which they might have in this matter.

4. Entry of default against the Defendants for failure to plead, answer or otherwise defend in this cause, has been entered by the Clerk of this Court.

5. Defendants have made no appearance in this cause and have taken no action in these proceedings since said default was entered by the Clerk of this Court against them.

6. Plaintiff has submitted competent proof in support of its liquidated claim.

7. As a result of the Defendants' failure to appear or otherwise defend against Plaintiff's

Complaint within the required twenty-one (21) days of service of process, Plaintiff is entitled to damages against Defendants, jointly and severally, in the principal amount of $241,832.37 and post judgment interest accruing from April 16, 2015 at the federal legal interest rate of 0.22% per annum until the judgment is satisfied.

IT IS, THEREFORE, ORDERED, AND ADJUDGED, that Plaintiff, Wells Fargo Financial Leasing, Inc., is entitled to recover from Defendants, jointly and severally, damages in the principal amount of $241,832.37 and post judgment interest accruing from April 16, 2015 at the federal legal interest rate of 0.22% per annum until the judgment is satisfied. It is also,

ORDERED AND ADJUDGED that for the accomplishment of all things ordered and authorized herein, let execution and all other appropriate process issue.

SO ORDERED AND ADJUDGED, this the 23rd day of April, 2015.

s/Carlton W. Reeves  
UNITED STATES DISTRICT JUDGE